# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. SPENGLER,<br><br>    Petitioner,<br><br>        v.<br><br>SUPERIOR COURT OF LOS ANGELES,<br><br>    Respondent. | Case No. 2:21-cv-08574-DOC (SP)<br><br>**JUDGMENT** |

    Pursuant to the Memorandum and Order Summarily Dismissing Petition for Writ of Habeas Corpus,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: December 1, 2021

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE